# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William Bryan Fetner, | ) | C/A No.: 1:15-cv-2265 DCN SVH |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | **ORDER** |
| John Magil, Director of S.C. Dept. of Mental Health; and Holly Scutturo, Director of SVP Program Dept. of Mental Health, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon plaintiff's motion to dismiss the case. The motion was filed on October 14, 2015. On October 21, 2015, defendants filed a response in support of the motion to dismiss.

**IT IS THEREFORE ORDERED,** that plaintiff's motion to dismiss the case is **GRANTED**. This case is hereby dismissed without prejudice.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

October 26, 2015
Charleston, South Carolina