AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| William Bryan Fetner,<br>*Plaintiff*<br>v.<br>John Magil, Director S.C. Dept. Of Mental Health;<br>Holly Scutturo, Director S.V.P. Program Dept. Of Mental Health,<br>*Defendants* | )<br>)<br>)  Civil Action No.    1:15-cv-02265-DCN-SVH<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, John Magil, shall take nothing of the defendants, John Magil and Holly Scutturo, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, granting Plaintiff's motion to dismiss.

Date:   October 28, 2015                                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                s/M. Walker
                                                                                    *Signature of Clerk or Deputy Clerk*